AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **MASSACHUSETTS**

LINDA JENESKI

V.

CITY OF WORCESTER

## SUMMONS IN A CIVIL ACTION

CASE NUMBER:

**05-40019 FDS**

TO: (Name and address of Defendant)

CARENE BULL
% WORKFORCE CENTRAL
44 FRONT ST. 7TH FLOOR
WORCESTER, MA 01608

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

DANIEL J. SHEA
1928 W. BELL ST.
HOUSTON, TX 77019

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                   1-28-05

CLERK                                          DATE

_Sherry Jones_

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE<br>January 28th, 2005 |
| NAME OF SERVER (PRINT)<br>Stephen Kalil | TITLE<br>Constable and Disinterested Person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's Place of Business or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Susan Belli, Administrative Asst.
44 Front Street, 7th floor
Worcester, MA 01608
Time of service: 4:30 p.m.

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL $25.00*** | SERVICES $25.00*** | TOTAL $0.00  $50.00*** |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  January 28th, 2005
           Date

Signature of Server

Stephen Kalil, Constable
47 Harvard Street
Worcester, MA 01609

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.