AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

District of __MASSACHUSETTS__

LINDA JENESKI

V.

CITY OF WORCESTER
ET AL

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**05-40019 FDS**

TO: (Name and address of Defendant)

CITY OF WORCESTER
C/O MR. DAVID ROSHFORD
CITY HALL
455 MAIN ST WORCESTER, MA 01608

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

DANIEL J SHEA
1928 W. BELL ST.
HOUSTON TX 77019

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                           1-28-05

CLERK                                                  DATE

Sherry Jones

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE January 31st, 2005 |
| NAME OF SERVER (PRINT) Daniel B. Gately | TITLE Constable and Disinterested Person |

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant. Place where served: City of Worcester (Clerks Office) 455 Main Street Worcester, MA 01608

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

[ ] Returned unexecuted:

[ ] Other (specify): Time of service; 10:56 a.m.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $50.00*** | $25.00*** | $0.00  $75.00*** |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on January 31st, 2005
Date

*Signature of Server*

Daniel B. Gately, Constable
47 Harvard Street
Worcester, MA 01609

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.