⚕AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _MASSACHUSETTS_

LINDA JENESKI

V.

CITY OF WORCESTER
ET AL.

2005 FEB 16  P 12: 51

## SUMMONS IN A CIVIL ACTION

CASE NUMBER:

# 05-40019 FDS

TO: (Name and address of Defendant)

DAVID M. MOORE
C/O OFC. OF CITY SOLICITOR
CITY HALL RM 301, 455 MAIN ST
WORCESTER, MA 01608

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

DANIEL J. SHEA
1928 W. BELL ST
HOUSTON, TX 77019

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

_____
CLERK

_Sherry Jones_

_____
(By) DEPUTY CLERK

_1-28-05_
_____
DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE January 31st, 2005 |
|---|---|
| Service of the Summons and complaint was made by me[1] | |

| NAME OF SERVER (PRINT) Daniel B. Gatley | TITLE Constable and Disinterested Person |
|---|---|

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

**Place of Business**

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Barbara Morano, Legal Secretary
455 Main Street, Suite 301
Worcester, MA 01608
(City Hall)

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL $50.00*** | SERVICES $25.00*** | TOTAL $0.00    $75.00*** |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   January 31st, 2005
_____
Date

_____
Signature of Server

Daniel B. Gately, Constable
47 Harvard Street
Worcester, MA 01609
_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.