# MURPHY & RILEY, P.C.

ATTORNEYS AND COUNSELLORS AT LAW
141 TREMONT STREET
BOSTON, MASSACHUSETTS
02111

RICHARD J. RILEY
ROBERT J. MURPHY
SUSAN DONNELLY MURPHY
JOSEPH A. KING
JOHN P. COAKLEY
MARGRET R. COOKE
AMY R. RILEY
LAUREN A. BOICE
JOHN O. MITCHELL
SHARON H. CHURCH
MICHAEL C. CUNNINGHAM
WILLIAM P. MEKRUT

WALTER G. MURPHY
(1925-2000)

TELEPHONE
(617) 423-3700

FACSIMILE
(617) 423-1010
(617) 423-3750

MurphyRiley.com

March 4, 2005

Daniel J. Shea, Esquire
1928 West Bell Street
Houston, TX 77019-4814

RE: LINDA JENESKI And Class of Similarly Situated Individuals
VS. CITY OF WORCESTER, MASS. STEPHEN M. WILLAND, DONALD H. ANDERSON, CARLENE BULL, THOMAS J. HENNIGAN, JR. AND DAVID M. MOORE
C. A. NO. 05-40019FDS
OUR FILE NO. 430/30539

Dear Mr. Shea:

This will follow up and confirm our conversation of March 3, 2005 wherein you graciously agreed to extend the time within which defendant, Robert J. Hennigan, Jr. (improperly named Thomas J. Hennigan, Jr. in the Complaint) may answer or otherwise respond to the Complaint up to and including March 18, 2005.

Thank you for your continuing cooperation on this matter.

In the interim, I would appreciate it if you would forward along copies of the responsive pleadings filed by the co-defendants in this case.

Very truly yours,

Robert J. Murphy

RJM/rm
cc:   Clerk of Court – United States District Court
      Robert J. Hennigan, Esquire
      Robert McMahon, Claim Examiner
      Your Claim No. PHLE05020167516-8