U.S DISTRICT COURT FILED
DISTRICT OF MASSACHUSETTS OFFICE

2005 MAR 24 P 1: 24

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| LINDA JENESKI,<br>And Class of Similarly<br>Situated Individuals,<br><br>Plaintiffs,<br><br>V.<br><br>CITY OF WORCESTER, MASS.,<br>STEPHEN H. WILLAND, DONALD H.<br>ANDERSON, CARLENE BULL,<br>THOMAS J. HENNIGAN, JR., and<br>DAVID M. MOORE, Individually,<br><br>Defendants. | CIVIL ACTION NO. 05-40019 FDS |

## ASSENTED-TO MOTION TO EXTEND THE TIME WITHIN WHICH TO ANSWER PLAINTIFF'S COMPLAINT

Now comes the defendant, Robert J. Hennigan, Jr. (improperly identified in the plaintiff's Complaint as Thomas J. Hennigan, Jr.) in the above-captioned matter and respectfully requests an extension of time within which to answer or otherwise respond to plaintiff's Complaint up to and including March 25, 2005.

ASSENTED-TO:

_Daniel J. Shea_
Daniel J. Shea
1928 West Bell Street
Houston, TX 77019-4814
713-942-7500

DATED: March 23, 2005

DEFENDANT, ROBERT J. HENNIGAN, JR.,
By his Attorney,

_Robert J. Murphy_
Robert J. Murphy BBO# 363760
MURPHY & RILEY, P.C.
141 Tremont Street
Boston, MA 02111
(617) 423-3700