U.S DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 MAR 24  P 1: 24

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| LINDA JENESKI, <br> And Class of Similarly <br> Situated Individuals, <br> <br> Plaintiffs, <br> <br> V. <br> <br> CITY OF WORCESTER, MASS., <br> STEPHEN H. WILLAND, DONALD H. <br> ANDERSON, CARLENE BULL, <br> THOMAS J. HENNIGAN, JR., and <br> DAVID M. MOORE, Individually, <br> <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 05-40019 FDS <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF APPEARANCE

Please enter our appearance for the defendant, Robert J. Hennigan, Jr. (improperly identified in the plaintiff's Complaint as Thomas J. Hennigan, Jr.) in the above-captioned matter.

CERTIFICATE OF SERVICE
I hereby certify that on this day a true copy of the within document was served upon the attorney of record for each party by mail/hand.

DATED: March 23, 2005

DEFENDANT, ROBERT J. HENNIGAN, JR.,
By his Attorney,

/s/ Robert J. Murphy
Robert J. Murphy BBO# 363760
MURPHY & RILEY, P.C.
141 Tremont Street
Boston, MA 02111
(617) 423-3700