**U.S DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| LINDA JENESKI, | ) |
| And Class of Similarly | ) |
| Situated Individuals, | ) |
| | ) |
| Plaintiffs | ) |
| | ) |
| v. | ) **CIVIL ACTION NO. 05-40019 FDS** |
| | ) |
| CITY OF WORCESTER, MASS., | ) |
| STEPHEN H. WILLAND, DONALD H. | ) |
| ANDERSON, CARLENE BULL, | ) |
| THOMAS J. HENNIGAN, JR., and | ) |
| DAVID M. MOORE, Individually, | ) |
| | ) |
| Defendants | ) |

## DEFENDANT, ROBERT J. HENNIGAN, JR.'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT

Now comes the defendant, Robert J. Hennigan, Jr.[1] ("Hennigan"), pursuant to Fed.R.Civ.P. 12(b)(1) and Fed.R.Civ.P. 12(b)(6), and respectfully requests that this Court dismiss Count 2 (Conspiracy to Violate Civil Rights), Count 5 (Breach of Contract and Fiduciary Duty) and Count 6 (Conspiracy to Breach Contract and Fiduciary Duty) of the plaintiff's Complaint against him. In the alternative, Hennigan requests that this Court order the plaintiff to amend her Complaint to provide a more definite statement as to her allegations in support of Count 2.

As grounds for this Motion, the defendant respectfully refers this Court to his Memorandum in Support of Defendant, Robert J. Hennigan, Jr.'s Motion to Dismiss or, in the Alternative, For a More Definite Statement, filed herewith.

---

[1] Robert J. Hennigan, Jr. is improperly identified in the plaintiff's Complaint as Thomas J. Hennigan, Jr.

**CERTIFICATE OF SERVICE**

I hereby certify that on this day a true copy of the within document was served upon the attorney of record for each party by mail/hand.


DATED: March 25, 2005

DEFENDANT,
ROBERT J. HENNIGAN, JR.,
By his Attorney,


_____
Robert J. Murphy BBO# 363760
MURPHY & RILEY, P.C.
141 Tremont Street
Boston, MA  02111
(617) 423-3700

2