UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| LINDA JENESKI, And Class of Similarly Situated Individuals,  )<br>)<br>Plaintiffs  )<br>)<br>v.  )<br>)<br>CITY OF WORCESTER, MASS.;  )<br>STEPHEN H. WILLAND, DONALD H.  )<br>ANDERSON, CARLENE BULL, ROBERT  )<br>HENNIGAN, JR. and DAVID M. MOORE,  )<br>)<br>Defendants  ) | C.A. No. 05-40019FDS |

### RULE 16.1(D)(3) CERTIFICATE

Defendant Stephen R. Willand, hereby submits, pursuant to L.R. 16.1(D)(3), a certificate that he and his counsel have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of this litigation; and

(b) to consider the resolution of this litigation through the use of alternate dispute resolution programs such as those outlined in L.R. 16.4.

STEPHEN R. WILLAND
By His Attorney,

_____
Janet J. McGuiggan (BBO#630013)
Assistant City Solicitor
City Hall - Room 301
455 Main Street
Worcester, MA 01608
(508) 799-1161

_____
Stephen R. Willand

Date: 9-13-05