UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| LINDA JENESKI, And Class of Similarly Situated Individuals,<br><br>    Plaintiffs<br><br>v.<br><br>CITY OF WORCESTER, MASS.; STEPHEN H. WILLAND, DONALD H. ANDERSON, CARLENE BULL, ROBERT HENNIGAN, JR. and DAVID M. MOORE,<br><br>    Defendants | C.A. No. 05-40019FDS |

## RULE 16.1(D)(3) CERTIFICATE

Defendant Carlene Bull hereby submits, pursuant to L.R. 16.1(D)(3), a certificate that she and her counsel have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of this litigation; and

(b) to consider the resolution of this litigation through the use of alternate dispute resolution programs such as those outlined in L.R. 16.4.

Carlene Bull
By Her Attorney,

_____
Janet J. McGuiggan (BBO#630013)
Assistant City Solicitor
City Hall - Room 301
455 Main Street
Worcester, MA 01608
(508) 799-1161

_____
Carlene Bull

Date: 9/9/05