UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

LINDA JENESKI, And Class of )
Similarly Situated Individuals, )
)
)
Plaintiffs )
)
) C.A. No. 05-40019FDS
v. )
)
CITY OF WORCESTER, MASS.; )
STEPHEN H. WILLAND, DONALD H. )
ANDERSON, CARLENE BULL, ROBERT )
HENNIGAN, JR. and DAVID M. MOORE, )
)
Defendants )

RULE 16.1(D)(3) CERTIFICATE

Defendant Donald H. Anderson hereby submits, pursuant to L.R. 16.1(D)(3), a certificate that he and his counsel have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of this litigation; and

(b) to consider the resolution of this litigation through the use of alternate dispute resolution programs such as those outlined in L.R. 16.4.

Donald H. Anderson
By His Attorney,

_____         _____
Janet J. McGuiggan (BBO#630013)          Donald H. Anderson
Assistant City Solicitor
City Hall - Room 301
455 Main Street                          Date: 9/8/05
Worcester, MA 01608
(508) 799-1161