**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION**

| | | |
|---|---|---|
| LINDA JENESKI, | § | |
| And Class of Similarly | § | |
| Situated Individuals, | § | |
| | § | |
|     Plaintiffs, | § | |
| | § | |
|     -vs.- | § | |
| | § | NO. 05-40019-FDS |
| CITY OF WORCESTER, MASS.; | § | |
| STEPHEN H. WILLAND, DONALD | § | |
| H. ANDERSON, CARLENE BULL, | § | |
| ROBERT J. HENNIGAN, JR., and | § | |
| DAVID M. MOORE, Individually; | § | |
| | § | |
|     Defendants. | § | |

<u>**PLAINTIFF'S RULE 16(1)(D)(3) CERTIFICATE**</u>

LINDA JENESKI, by and through her undersigned attorney-in-charge, hereby submits that

she and her counsel have conferred with a view to establishing a budget for the costs of conducting

the full course of the litigation, and various alternative courses, of this litigation; and, to consider

the resolution of this litigation through A.D.R. Programs such as those outlined in LOC. R. 16.4.

Respectfully submitted,

DANIEL J. SHEA, P.C.

By:   <u>/s/Daniel J. Shea, ECF</u>
       DANIEL J. SHEA
       B.B.O.# 652896
       1928 West Bell Street
       Houston, TX 77019-4814
       (713) 942-7500 Telephone
       (713) 942-7507 Telecopier
       (832) 647-3612 Mobile