UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

```
LINDA JENESKI, And Class of      )
Similarly Situated Individuals,  )
                                 )
     Plaintiffs                  )
                                 )
v.                               )   C.A. No. 05-40019FDS
                                 )
CITY OF WORCESTER, MASS.;        )
STEPHEN H. WILLAND, DONALD H.    )
ANDERSON, CARLENE BULL, ROBERT   )
HENNIGAN, JR. and DAVID M. MOORE,)
                                 )
     Defendants                  )
```

PROPOSED JOINT SCHEDULING ORDER

As a preliminary matter, the parties agree to delay all deadlines by ninety (90) days in order to allow Defendants City of Worcester, Stephen R. Willand, Donald H. Anderson, Carlene Bull, and David M. Moore time in which to file a motion to dismiss, and to permit this Court time to rule on the same. Additionally, Defendant Hennigan has already filed a motion to dismiss. Thus, a ninety (90) day delay would also provide this Court with time to rule on the same. This delay will serve to narrow and/or further define the scope of litigation.

Additionally, the proposed deadlines presume an unfavorable ruling on Defendants' motions to dismiss resulting in discovery being necessitated for a large class action.

TIMETABLE FOR DISCOVERY AND MOTION PRACTICE

Pursuant to Rule (16)(b) of the Federal Rules of Civil Procedure and Local Rule 16.1(F), it is hereby ORDERED that:

1. Initial Disclosures. Initial disclosures required by Fed. R. Civ. P. 26(a)(1) must be completed by April 18, 2006.

2. Amendments to Pleadings. Except for good cause shown, no motions seeking leave to add new parties or to amend the pleadings to assert new claims or defenses may be filed after May 9, 2006.

3. Fact Discovery – Interim Deadlines.

    a. All requests for production of documents and interrogatories must be served on September 12, 2006.

    b. All requests for admission must be served by September 12, 2006.

    c. All depositions other than expert depositions must be completed by February 13, 2007.

4. Fact Discovery – Final Deadline. All discovery, other than expert discovery, must be completed by February 13, 2007.

5. Status Conference. A status conference will be held on March ___, 2007.

6. Expert Discovery.

    a. Plaintiff(s)' trial experts must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed by March 13, 2007.

2

    b.    Plaintiff(s)' trial experts must be deposed by May 15, 2007.

    c.    Defendant(s)' trial experts must be designed, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed by April 10, 2007.

    d.    Defendant(s)' trial experts must be deposed by June 12, 2007.

7.    <u>Dispositive Motions</u>.

    a.    Dispositive motions, such as motions for summary judgment or partial summary judgment and motions for judgment on the pleadings, must be filed by July 18, 2007.

    b.    Oppositions to dispositive motions must be filed within thirty (30) days after service of the motion.

8.   <u>Pretrial Conference</u>.   A pretrial conference will be held on August ___, 2007.

Respectfully submitted,

| | |
|---|---|
| Plaintiff Linda Jeneski<br>By her attorney, | Defendants City of Worcester,<br>Stephen R. Willand, Carlene<br>Bull, Donald H. Anderson,<br>And David M. Moore |
| /s/   Daniel J. Shea<br>Daniel J. Shea, Esq.<br>1928 West Bell Street<br>Houston, TX 77019-4814<br>(713) 942-7500 | By their attorney,<br><br>/s/ Janet J. McGuiggan<br>Janet J. McGuiggan<br>Assistant City Solicitor<br>City Hall, Room 301<br>455 Main Street<br>Worcester, MA 01608<br>(508) 799-1161 |
| | Defendant Robert Hennigan, Jr.<br>By his attorney,<br><br>_____<br>Robert J. Murphy, Esq.<br>Murphy & Riley<br>141 Tremont Street<br>Boston, MA 02111-1209<br>(617) 423-3700 |

4