UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WORCESTER DIVISION

| | |
|---|---|
| LINDA JENESKI, And Class of Similarly ) | |
| Situated Individuals, ) | |
|     Plaintiffs, ) | |
| ) | |
| V. ) | CIVIL ACTION NO. 05-40019 FDS |
| ) | |
| CITY OF WORCESTER, MASS., ) | |
| STEPHEN H. WILLAND, DONALD H. ) | |
| ANDERSON, CARLENE BULL, ) | |
| THOMAS J. HENNIGAN, JR., and ) | |
| DAVID M. MOORE, Individually, ) | |
|     Defendants. ) | |

## DEFENDANT'S CERTIFICATION

The undersigned hereby certifies that I have conferred with my client, Robert J. Hennigan, Jr. improperly identified as Thomas J. Hennigan, Jr., pursuant to Local Rule 16.1:

    a)    with a view to establishing a budget for the cost of conducting the full course – and various alternative courses – of the litigation; and

    b)    to consider the resolution of the litigation for the use of alternate dispute resolution programs such as those outlined in LR 16.4.

Robert J. Murphy, BBO#363760
Joel D. Hillygus, BBO#657119
MURPHY & RILEY, P.C.
141 Tremont Street
Boston, MA 02111
(617) 423-3700

By: _____
Robert J. Hennigan, Jr.

Dated: November 17, 2005