UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____Linda Jeneski_____,

**Plaintiff,**

v.                                                              CIVIL ACTION
                                                                NO. \_\_05-40019-FDS\_\_

\_City of Worcester, et al.\_\_,

**Defendants.**

# AMENDED SCHEDULING ORDER

**SAYLOR, J.**

This Scheduling Order is intended to provide a reasonable timetable for discovery and motion practice in order to help ensure a fair and just resolution of this matter without undue expense or delay.

Discovery and motion practice in this litigation shall proceed in phases. *See* Fed. R. Civ. P. 16; Local Rule 16.1(E). After the parties have completed the initial discovery outlined below, which should be confined to issues concerning plaintiff's claims and class certification, the Court will develop a timeline for any further discovery and motion practice.

**Timetable for Discovery and Motion Practice**

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 16.1(F), it is hereby ORDERED that:

1. **Initial Disclosures.** Initial disclosures required by Fed. R. Civ. P. 26(a)(1) must be completed by _____12/15/05_____. These disclosures need not include disclosures as to putative class members other than the named plaintiff.

2. **Amendments to Pleadings.**

   a. For the reasons stated in open court on the record, plaintiff must file either an amended complaint or a more definite statement of the claim by 12/21/05_____.

    **b.**    Except for good cause shown, no motions seeking leave to add new parties or to amend the pleadings to assert new claims or defenses may be filed after <u>  12/21/05  </u>.

**3.**    **Status Conference.**  For the reasons stated in open court on the record, an initial status conference will be held on <u>  1/24/06  </u>.

**4.**    **Fact Discovery - Interim Deadlines.**  The following deadlines shall apply to fact discovery concerning plaintiff's claims and class certification:

    **a.**    All requests for production of documents and interrogatories must be served by <u>  4/30/06  </u>.

    **b.**    All requests for admission must be served by <u>  4/30/06  </u>.

    **c.**    All depositions, other than expert depositions, must be completed by <u>  6/30/06  </u>.

**5.**    **Fact Discovery - Final Deadline.**  All discovery related to plaintiff's claims and class certification, other than expert discovery, must be completed by <u>  6/30/06  </u>.

**6.**    **Status Conference.**  A second status conference will be held on <u>  7/10/06  </u>. At this conference, the parties should be prepared to address any pending issues relating to discovery, motion practice, or scheduling.

**7.**    **Class Certification.**  Motions for class certification shall be filed by <u>  7/31/06  </u>.

**8.**    **Status Conference/Motion Hearing.**  A third status conference and motion hearing will be held on <u>  9/19/06  </u>. The parties should be prepared to address the class certification motion and any pending issues relating to discovery, motion practice, or scheduling.

### Procedural Provisions

**1.**    **Extension of Deadlines.**

    **a.**    **Fact Discovery - Interim Deadlines**.  The parties may extend any interim deadline for fact discovery by mutual written agreement filed with the court.

    **b.**    **Fact Discovery - Final Deadline; Expert Discovery.**  The parties may extend the final deadline for fact discovery or the deadlines for expert

        discovery for a combined total of up to 30 days by mutual written agreement filed with the court.

    **c.**    **Dispositive Motions and Pretrial Conference.**  The parties may not extend the deadline for filing dispositive motions or the date of the final pretrial conference without leave of court.  No extension of discovery deadlines shall modify or affect deadlines for filing dispositive motions or the date of the pretrial conference unless the court expressly orders otherwise.

    **d.**    **Procedure for Seeking Extensions from Court.**  Motions to extend or modify deadlines will be granted only for good cause shown.  Good cause may be shown where discovery has been delayed or a deadline otherwise has been affected by the time taken by the court to consider a motion.  All motions to extend shall contain a brief statement of the reasons for the request; a summary of the discovery, if any, that remains to be taken; and a specific date when the requesting party expects to complete the additional discovery, join other parties, amend the pleadings, or file a motion.

**2.**    **Motions to Compel or Prevent Discovery.**  Except for good cause shown, motions to compel discovery, motions for protective orders, motions to quash, motions to strike discovery responses, and similar motions must be filed no later than the close of fact discovery or the close of expert discovery, whichever deadline is relevant.   If additional discovery is compelled by the court after the relevant deadline has passed, the court may enter such additional orders relating to discovery as may be appropriate.

**3.**    **Reply Memoranda.**  Parties need not seek leave of court to file a reply memorandum in response to an opposition to any motion, provided that such a reply memorandum does not exceed twelve pages, double-spaced, and is filed within seven days (excluding intermediate Saturdays, Sundays, and legal holidays) after service of the opposition memorandum.  Parties may otherwise file reply or surreply memoranda only with leave of court.  When such leave is sought, the moving party may file a proposed reply or surreply memorandum with the motion for leave.

**4.**    **Additional Conferences.**  Upon request of counsel, or at the court's own initiative, additional case-management or status conferences may be scheduled.  Parties may request telephonic conferences where appropriate to avoid undue inconvenience or expense.

**5.**    **Early Resolution of Issues.**  The court recognizes that, in some cases, resolution of one or more preliminary issues may remove a significant impediment to

settlement or otherwise expedite resolution of the case. Counsel are encouraged to identify any such issues and to make appropriate motions at an early stage in the litigation.

**6.      Pretrial Conference.**  Lead trial counsel are required to attend any pretrial conference.

 

By the Court,

 November 28, 2005                                /s/ Martin Castles  
     Date                                             Deputy Clerk