**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**CENTRAL DIVISION**

| | | |
|---|---|---|
| LINDA JENESKI, <br> And Class of Similarly <br> Situated Individuals; <br><br> Plaintiffs; <br><br> -vs.- <br><br> CITY OF WORCESTER, MASS.; <br> STEPHEN H. WILLAND, DONALD <br> H. ANDERSON, CARLENE BULL, <br> ROBERT J. HENNIGAN, JR., DAVID <br> M. MOORE, Individually; and MASSA- <br> CHUSETTS ADMINISTRATOR OF <br> HUMAN RESOURCES; <br><br> Defendants. | § § § § § § § § § § § § § § § § § | NO. 05-40019-FDS |

**PLAINTIFF'S NOTICE OF DOCUMENT DISCLOSURE**

LINDA JENESKI, on her own behalf and that of the putative class, hereby notifies the Court that on even date, she has complied with FED. R. CIV. P. 26(a)(1), "Initial Disclosures," ordered by the Court in its Scheduling Order to be completed by December 15, 2005.

        Respectfully submitted,

        DANIEL J. SHEA, P.C.


        By:   /s/Daniel J. Shea, ECF
            DANIEL J. SHEA
            B.B.O.# 652896
            1928 West Bell Street
            Houston, TX 77019-4814
            (713) 942-7500 Telephone
            (713) 942-7507 Telecopier
            (832) 647-3612 Mobile

        ATTORNEY FOR LINDA JENESKI
        AND PUTATIVE CLASS