AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Central Division    District of    Massachusetts

Linda Jeneski, And Class of Similarly
Situated Individuals;,

                    Plaintiffs:

            V.

City of Worcester, Mass;
Stephen H. Willand, Donald H. Anderson
Carlene Bull, Robert J. Hennigan, Jr.
David M. Moore, Individually and
Massachusetts Administrator of Human Resources:

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   05-40019-FDS


TO: (Name and address of Defendant)

        Massachusetts Administrator of Human Resources
        One Ashburton Place, Room 207
        Boston, MA 02108
        Att: John M. Marra, Esquire, General Counsel


**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

        Daniel J. Shea, Esquire
        1928 West Bell Street
        Houston, TX 77019-4814


an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.


## SARAH A. THORNTON

                                    January 26th, 2006

CLERK                                   DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE January 27th, 2006 | |
| NAME OF SERVER *(PRINT)* **Tomasz Kruszewski** | TITLE **Constable and Disinterested Person** | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

**XX** Other (specify): **By giving in hand to Susan Towlson, Paralegal, Agent and Person in charge of its business at the time of service., to wit: One Ashburton Place, in said Boston, MA .**

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on **January 27th, 2006**
        Date

*Signature of Server*

**47 Harvard Street, Worcester, MA 01609**
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.