UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
LINDA JENESKI, And Class of         )
Similarly Situated Individuals,     )
        Plaintiffs                  )
                                    )
v.                                  )   C.A. No. 05-40019FDS
                                    )
CITY OF WORCESTER, MASS.;           )
STEPHEN R. WILLAND, DONALD H.       )
ANDERSON, CARLENE BULL, ROBERT      )
HENNIGAN, JR., DAVID M. MOORE,      )
and MASSACHUSETTS ADMINISTRATOR OF  )
HUMAN RESOURCES,                    )
        Defendants                  )
```

**MOTION OF DEFENDANTS CITY OF WORCESTER, MASS., STEPHEN R. WILLAND, DONALD H. ANDERSON, CARLENE BULL AND DAVID M. MOORE FOR LEAVE TO FILE MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS IN EXCESS OF TWENTY PAGES**

Defendants City of Worcester, Mass., Stephen H. Willand, Donald H. Anderson, Carlene Bull and David M. Moore (Defendants) hereby move this Court, pursuant to LR 7.1(b)(4), to grant them leave to file their memorandum of law, which is in excess of twenty pages, in support of their motion to dismiss as to the First Amended Complaint brought by Linda Jeneski.

In support of this Motion, Defendants state that Jeneski's First Amended Complaint sets forth five substantive counts against the Defendants. Those Counts involve claims of federal, constitutional and/or statutory violations of considerable complexity. Thus, fairness to the Defendants, as well as judicial economy, dictates that they be permitted an adequate

opportunity to demonstrate to this Court the reasons why they are entitled to dismissal as to each and every Count.

WHEREFORE, the Defendants move this Court for leave to file their memorandum of law in support of their motion to dismiss in excess of twenty pages.

```
                              CITY OF WORCESTER,
                              STEPHEN R. WILLAND,
                              DONALD H. ANDERSON,
                              CARLENE BULL and
                              DAVID M. MOORE

                              By their attorney,


                              /s/ Janet J. McGuiggan_____
                              Janet J. McGuiggan (BBO #630013)
                              Assistant City Solicitor
                              City Hall, Room 301
                              455 Main Street
                              Worcester, MA  01608
                              Telephone: (508) 799-1161
```

**CERTIFICATE OF SERVICE**

I, Janet J. McGuiggan, hereby certify that on this 14th day of February, 2006, I served the within Motion of Defendants City of Worcester, Mass., Stephen R. Willand, Donald H. Anderson, Carlene Bull and David M. Moore for Leave to File Memorandum of Law in Support of Motion to Dismiss in Excess of Twenty Pages upon the parties record by electronically filing with the court and by mailing a copy of the same, postage prepaid, to the following:

| | |
|---|---|
| Daniel J. Shea, Esq. | Robert J. Murphy, Esq. |
| 1928 West Bell Street | Murphy & Riley |
| Houston, TX  77019-4814 | 141 Tremont Street |
| | Boston, MA 02111 |

```
                              /s/ Janet J. McGuiggan_____
                              Janet J. McGuiggan
                              Assistant City Solicitor
```