UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LINDA JENESKI,<br>And Class of Similarly<br>Situated Individuals,<br>　　　Plaintiffs<br><br>v.<br><br>CITY OF WORCESTER,<br>STEPHEN R. WILLAND,<br>DONALD H. ANDERSON,<br>CARLENE BULL,<br>ROBERT J. HENNIGAN, JR.<br>DAVID M. MOORE, and<br>MASSACHUSETTS<br>ADMINISTRATOR OF<br>HUMAN RESOURCES,<br>　　　Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)　　NO. 05-40019-FDS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### DEFENDANTS CITY OF WORCESTER, STEPHEN R. WILLAND, DONALD H. ANDERSON, CARLENE BULL, AND DAVID MOORE'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT

Plaintiff, Linda Jeneski, has brought Plaintiff's First Amended Complaint against Robert J. Hennigan, Jr., the City of Worcester and four of the City's employees and the Massachusetts Administrator of Human Resources, alleging that her layoff from employment with the City of Worcester in September, 2002 was wrongful and further that she was denied the opportunity to challenge the City's decision under civil service laws. (Amended Complaint, ¶ 21.) Plaintiff hired Attorney Robert J. Hennigan, Jr. to represent her in a discrimination claim related to her layoff. (Amended Complaint, ¶ 22.) After learning that Attorney Hennigan represented the City in an unrelated matter, Plaintiff terminated Hennigan for a perceived conflict of interest. (Amended Complaint, ¶ 24.) Plaintiff alleges further that all of the Defendants conspired to deprive her of

constitutional rights. (Amended Complaint, Count II). Finally, Plaintiff seeks to have a class action certified for all others similarly situation. (Amended Complaint, ¶ 11.)

Plaintiff's First Amended Complaint asserts five claims against Defendant City of Worcester and the four City employees. They are as follows:

    Count I:    Violation of civil rights under 42 U.S.C. § 1983, including equal protection and due process, against the City of Worcester;

    Count II:    Conspiracy to violate civil rights under 42 U.S.C. § 1985 against all of the Defendants;

    Count III:    Wrongful discharge against the City of Worcester, Stephen ??? Willand, Donald H. Anderson and Carlene Bull;

    Count IV:    Tortious interference with contract against the City of Worcester; and

    Count VI:    Conspiracy to breach contract against the City of Worcester, Robert J. Hennigan, Jr. and David Moore.

Defendants City of Worcester, Stephen R. Willand, Donald H. Anderson, Carlene Bull and David Moore ("Defendants") now move this Court, pursuant to Fed. R. Civ. P.

12(b)(1) and 12(b)(6), to dismiss all claims against them on the grounds that Plaintiff fails to state a claim upon which relief can be granted, and, further, that this Court lacks subject matter jurisdiction.

        Respectfully submitted,

        DEFENDANTS CITY OF WORCESTER, STEPHEN R. WILLAND, DONALD H. ANDERSON, CARLENE BULL, and DAVID M. MOORE,

        By their attorney,

        /s/ Janet J. McGuiggan
        Janet J. McGuiggan (BBO #630013)
        Assistant City Solicitor
        City Hall, Room 301
        455 Main Street
        Worcester, MA 01608
        Telephone: (508) 799-1161

## CERTIFICATE OF SERVICE

I, Janet J. McGuiggan, hereby certify that on this 14th day of February, 2006, I served the within Motion to Dismiss upon all parties of record by electronically filing with the Court and by mailing a copy of the same, postage prepaid, to the following:

| | |
|---|---|
| Daniel J. Shea, Esq. | Robert J. Murphy, Esq. |
| 1928 West Bell Street | Murphy & Riley |
| Houston, TX 77019-4814 | 141 Tremont Street |
| | Boston, MA 02111 |

        /s/ Janet J. McGuiggan
        Janet J. McGuiggan
        Assistant City Solicitor