**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**CENTRAL DIVISION**

| | | |
|---|---|---|
| LINDA JENESKI,<br>And Class of Similarly<br>Situated Individuals;<br><br>    Plaintiffs;<br><br> -vs.-<br><br>CITY OF WORCESTER, MASS.;<br>STEPHEN H. WILLAND, DONALD<br>H. ANDERSON, CARLENE BULL,<br>ROBERT J. HENNIGAN, JR., DAVID<br>M. MOORE, Individually; and MASS-<br>ACHUSETTS ADMINISTRATOR OF<br>HUMAN RESOURCES;<br><br>    Defendants. | §§§§§§§§§§§§§§§§§ | NO. 05-40019-FDS |

### JOINT MOTION BY PLAINTIFF AND ADMINISTRATOR

### FOR EXTENSION OF TIME TO FILE ANSWER AND RULE 12 MOTIONS

COMES NOW LINDA JENESKI on her own behalf and that of the Rule 19 Additional Party, MASSACHUSETTS ADMINISTRATOR OF HUMAN RESOURCES, and respectfully moves that the ADMINISTRATOR be granted an extension of time in which to file its Answer and Rule 12 Motions, to wit, until March 22, 2006 to accommodate the schedule of Plaintiff's counsel established at the last status conference on January 24, 2006.

Counsel for Mr. Hennigan is unopposed. Counsel for City is unavailable and presumed to be unopposed. Plaintiff will timely respond to City's extant Rule 12 motions, and thereafter, commits to respond to Administrator's Rule 12 motions on or before Monday, April 3, 2006. Counsel for Administrator will attend the status conference set for Thursday, April 6, 2006, at 3:30 p.m. and will be prepared to discuss Administrator's needs for alterations to the docket control order.

Respectfully submitted,

DANIEL J. SHEA, P.C.

By:   /s/Daniel J. Shea, ECF
     DANIEL J. SHEA
     B.B.O.# 652896
     1928 West Bell Street
     Houston, TX 77019-4814
     (713) 942-7500 Telephone
     (713) 942-7507 Telecopier
     (832) 647-3612 Mobile
     djs7500@aol.com

ATTORNEY FOR LINDA JENESKI
AND PUTATIVE CLASS

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NFC) and paper copies will be sent to those indicated as non-registered participants on January 26, 2005. Counsel for the Administrator, Mr. Elliot Fertik, has been served pursuant to FED. R. CIV. P. 5.

       /s/ Daniel J. Shea