UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

Civil Action No.
05-40019-FDS

LINDA JENESKI, et al.,

                Plaintiffs,

v.

CITY OF WORCESTER, et. al,

                Defendants.

## ENTRY OF APPEARANCE

Please enter my appearance in the above-captioned matter on behalf of defendant Massachusetts Administrator of Human Resources.

                THOMAS F. REILLY
                ATTORNEY GENERAL


                /s/  Elliot C. Fertik
                Elliot C. Fertik, BBO# 662954
                Assistant Attorney General
                Office of the Attorney General
                One Ashburton Place
                Boston, MA  02108-1698
                (617) 727-2200, ext. 2014
                facsimile (617) 727-5785

Dated:  March 2, 2006

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Appearance was sent via ECF electronic filing to the following:

Joel D. Hillygus
Janet McGuiggan
Daniel J. Shea
Robert J. Murphy

/s/  Elliot C. Fertik