UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | | |
|---|---|---|
| LINDA JENESKI | ) | |
| And Class of Similarly | ) | |
| Situated Individuals, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | NO. 05-40019-FDS |
| | ) | |
| CITY OF WORCESTER, | ) | |
| STEPHEN R. WILLAND, | ) | |
| DONALD A. ANDERSON, | ) | |
| CARLENE BULL, | ) | |
| ROBERT J. HENNIGAN, JR. | ) | |
| DAVID M. MOORE, and | ) | |
| MASSACHUSETTS | ) | |
| ADMINISTRATOR OF | ) | |
| HUMAN RESOURCES, | ) | |
| | ) | |
| Defendants. | ) | |

DEFENDANT MASSACHUSETTS ADMINISTRATOR OF HUMAN RESOURCES'
MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT

Defendant Massachusetts Administrator of Human Resources ("Administrator") hereby moves to dismiss the claims asserted against her in the plaintiff's first amended complaint pursuant to Fed.R.Civ.P. 12(b)(6). Plaintiff's claims against the Administrator, which she has brought under 42 U.S.C.§1985(3), should be dismissed for two reasons. First, the Eleventh Amendment bars plaintiff's claims as plaintiff seeks economic damages from a state official named in her official capacity. Second, the plaintiff fails to state a claim upon which relief can be granted because the amended complaint fails to allege several elements necessary to bring a claim for a conspiracy committed in violation of 42 U.S.C.§1985(3).

WHEREFORE, the defendant Administrator requests that the court dismiss the claims asserted against the Administrator in the plaintiff's first amended complaint for failure to state a claim upon which relief can be granted.

Respectfully submitted,

ADMINISTRATOR OF HUMAN RESOURCES

By her attorney,

THOMAS F. REILLY
ATTORNEY GENERAL

/s/ Elliot C. Fertik
Elliot C. Fertik, BBO# 662954
Assistant Attorney General
Office of the Attorney General
One Ashburton Place, Room 2055
Boston, MA 02108-1698
(617) 727-2200, ext. 2014
facsimile (617) 727-5785

Dated: March 21, 2006

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)**

Pursuant to Local Rule 7.1(A), I hereby certify that have conferred with opposing counsel in good faith to resolve or narrow the issues raised by this motion, but was unable to do so.

/s/ Elliot C. Fertik

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| LINDA JENESKI<br>And Class of Similarly<br>Situated Individuals,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF WORCESTER,<br>STEPHEN R. WILLAND,<br>DONALD A. ANDERSON,<br>CARLENE BULL,<br>ROBERT J. HENNIGAN, JR.<br>DAVID M. MOORE, and<br>MASSACHUSETTS<br>ADMINISTRATOR OF<br>HUMAN RESOURCES,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   NO. 05-40019-FDS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that the following document filed through the ECF filing system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on March 21, 2006:

1. Defendant Massachusetts Administrator of Human Resources' Motion to Dismiss Plaintiff's First Amended Complaint; and

2. Memorandum in Support of Defendant Massachusetts Administrator of Human Resources' Motion to Dismiss Plaintiff's First Amended Complaint.

                                                  /s/ Elliot C. Fertik