# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**Jeneski,**
      Plaintiff,

    V.

**City of Worcester, et al.,**
      Defendant,

CIVIL ACTION

NO. **05-40019-FDS**

## ORDER OF DISMISSAL

**SAYLOR, D. J.**

In accordance with the Court's ruling in open court on 4/6/06, granting the defendants motions to dismiss, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

    4/7/06
    Date

/s/ Martin Castles
Deputy Clerk