UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| LINDA JENESKI<br>And a Class of Similarly<br>Situated Individuals,<br><br>  Plaintiffs,<br><br>v.<br><br>CITY OF WORCESTER,<br>STEPHEN R. WILLAND,<br>DONALD A. ANDERSON,<br>CARLENE BULL,<br>ROBERT J. HENNIGAN, JR.<br>DAVID M. MOORE, and<br>MASSACHUSETTS<br>ADMINISTRATOR OF<br>HUMAN RESOURCES,<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  NO. 05-40019-FDS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**OPPOSITION OF DEFENDANT MASSACHUSETTS ADMINISTRATOR OF
HUMAN RESOURCES TO MOTION FOR RECONSIDERATION**

Defendant Administrator of Human Resources ("Administrator") hereby states that she opposes Plaintiff's Rule 59(e) Motion for Reconsideration for substantially the same reasons set forth in Defendants City of Worcester, Stephen Willand, Donald Anderson, Carlene Bull and David Moore's Opposition to Plaintiff's Motion for Reconsideration.

            Respectfully submitted,

            ADMINISTRATOR OF HUMAN
            RESOURCES

            By her attorney,

            THOMAS F. REILLY
            ATTORNEY GENERAL

/s/  Elliot C. Fertik
Elliot C. Fertik, BBO# 662954
Assistant Attorney General
Office of the Attorney General
One Ashburton Place, Room 2055
Boston, MA  02108-1698
(617) 727-2200, ext. 2014
facsimile (617) 727-5785

Dated:  April 28, 2006

### CERTIFICATE OF SERVICE

I hereby certify that this document, which was filed via the Court's ECF system, will be sent electronically by the ECF system to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 28, 2006.

/s/  Elliot C. Fertik