**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION**

| | | |
|---|---|---|
| LINDA JENESKI, And Class of Similarly Situated Individuals; | § § § § | |
| Plaintiffs; | § § § | |
| -vs.- | § § § | |
| CITY OF WORCESTER, MASS.; STEPHEN H. WILLAND; DONALD H. ANDERSON; CARLENE BULL; ROBERT J. HENNIGAN, JR.; DAVID M. MOORE; and RUTH N. BRAMSON, Individually and as Massachusetts Administrator of Human Resources; and As Successor-in-Interest to Her Individual and Official Predecessors; | § § § § § § § § § § § | NO. 05-40019-FDS |
| Defendants. | § | |

## PLAINTIFF'S NOTICE OF APPEAL

TO THE CLERK OF COURT:

LINDA JENESKI, pursuant to 28 U.S.C. § 1291, gives notice that she appeals to the United States Court of Appeals for the First Circuit this Court's electronic Order of FED. R. CIV. P. 12(b)(6) Dismissal rendered in open court on April 6, 2006 (confirmed *per curiam* on April 7, 2006 [Doc.#49]) in response to which she timely filed her Rule 59(e) Motion for Reconsideration [Doc.#48, April 6, 2006] which the Court thereafter denied, *albeit* without comment on the record, through issuance of an electronic Order on May 12, 2006.

Filing fees are forwarded under separate cover for which issuance and ECF posting of an electronic receipt is respectfully requested.

*(signature page follows)*

-1-

-2-

        Respectfully submitted,

        DANIEL J. SHEA, P.C.


        By:   /s/Daniel J. Shea, ECF
             DANIEL J. SHEA
             B.B.O.# 652896
             80 Salisbury St., #605
             Worcester, MA 01609
             (508) 755-7750
             (832) 647-3612 Mobile
             djs7500@aol.com

        ATTORNEY FOR LINDA JENESKI
        AND PUTATIVE CLASS

## CERTIFICATE OF SERVICE

     I hereby certify that this document is filed through the ECF system on or about May 21, 2006 to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on or about May 22, 2006.


             /s/ Daniel J. Shea