## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-40019

Linda Jeneski

v.

City of Worcester, et al

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-25 and 28-54

and contained in Volume(s) 1 are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 5/24/06.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on 5/24/06 .

Sarah A Thornton, Clerk of Court

By:
Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____ .

_____
Deputy Clerk, US Court of Appeals

**Please return to: US District Court, 595 Main Street, Worcester, MA 01608**

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

O:\Forms\Local\ClerksCertificate-COA.frm- 3/06

Case 4:05-cv-40019-FDS    Document 55    Filed 05/24/2006    Page 2 of 9

APPEAL

# United States District Court
## District of Massachusetts (Worcester)
### CIVIL DOCKET FOR CASE #: 4:05-cv-40019-FDS

Jeneski v. City of Worcester et al
Assigned to: Judge F. Dennis Saylor, IV
Cause: 42:1983 Civil Rights Act

Date Filed: 01/28/2005
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Linda Jeneski**                     represented by **Daniel J. Shea**
                                                    Daniel J. Shea, P.C.
                                                    1928 West Bell St.
                                                    Houston, TX 77019-4814
                                                    713-942-7500
                                                    Fax: 713-942-7507
                                                    Email: djs7500@aol.com
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

I hereby certify on 5/24/06 that the foregoing document is true and correct copy of the
☑ electronic docket in the captioned case
☐ electronically filed original filed on_____
☐ original filed in my office on_____
Sarah A. Thornton
Clerk, U.S. District Court
District of Massachusetts
By: _____
Deputy Clerk

V.

**Defendant**

**City of Worcester**                 represented by **Janet J. McGuiggan**
                                                    City Hall
                                                    Room 301
                                                    455 Main Street
                                                    Worcester, MA 01608
                                                    508-799-1161
                                                    Fax: 508-799-1163
                                                    Email: mcguigganj@ci.worcester.ma.us
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**Stephen R. Willard**                represented by **Janet J. McGuiggan**
*Employee at the Regional Employment*              (See above for address)
*Board*                                            *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**Donald H. Anderson**                represented by **Janet J. McGuiggan**
*Employee of Workforce Central*                    (See above for address)

|  |  |
|---|---|
|  | LEAD ATTORNEY<br>ATTORNEY TO BE NOTICED |
| **Defendant**<br>**Carlene Bull**<br>*Employee at Workforce Central* | represented by **Janet J. McGuiggan**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Defendant**<br>**Robert J. Hennigan, Jr.** | represented by **Robert J. Murphy**<br>Murphy & Riley PC<br>141 Tremont Street<br>Boston, MA 02111<br>617-423-3700<br>Fax: 617-423-3750<br>Email: RMurphy@MurphyRiley.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Joel D. Hillygus**<br>Murphy & Riley PC<br>141 Tremont Street<br>Boston, MA 02111<br>617-423-4700<br>Fax: 617-423-1010<br>Email: jhillygus@murphyriley.com<br>*ATTORNEY TO BE NOTICED* |
| **Defendant**<br>**David M. Moore**<br>*Individually and in his capacity as City Solicitor* | represented by **Janet J. McGuiggan**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Defendant**<br>**Massachusetts Administrator of Human Resources** | represented by **Elliot C. Fertik**<br>Attorney General's Office<br>One Ashburton Place<br>Boston, MA 02108<br>617-727-2200 ex. 2014<br>Email: elliot.fertik@ago.state.ma.us<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|

| | | |
|---|---|---|
| 01/28/2005 | 1 | COMPLAINT against City of Worcester, Stephen R. Willard, Donald H. Anderson, Carlene Bull, Robert J. Hennigan, Jr, David M. Moore Filing fee: $ 150, receipt number 404502, filed by Linda Jeneski.(Jones, Sherry) Additional attachment(s) added on 1/28/2005 (Hassett, Kathy). (Entered: 01/28/2005) |
| 01/28/2005 | | Summons Issued as to City of Worcester, Stephen R. Willard, Donald H. Anderson, Carlene Bull, Robert J. Hennigan, Jr, David M. Moore. (Jones, Sherry) (Entered: 01/28/2005) |
| 01/28/2005 | | Electronic Clerk's Notes for proceedings held before Judge F. Dennis Saylor IV: Hearing re: Ex-Parte TRO held on 1/28/2005. Case called, Counsel for plaintiff (Shea) appears for ex-parte hearing for TRO, Argument heard, Court DENIES motion for TRO. (Court Reporter Kusa-Ryll.) (Castles, Martin) (Entered: 01/28/2005) |
| 02/16/2005 | 2 | SUMMONS Returned Executed Carlene Bull served on 1/28/2005, answer due 2/17/2005. (Jones, Sherry) (Entered: 02/16/2005) |
| 02/16/2005 | 3 | SUMMONS Returned Executed Donald H. Anderson served on 1/28/2005, answer due 2/17/2005. (Jones, Sherry) (Entered: 02/16/2005) |
| 02/16/2005 | 4 | SUMMONS Returned Executed Stephen R. Willard served on 1/28/2005, answer due 2/17/2005. (Jones, Sherry) (Entered: 02/16/2005) |
| 02/16/2005 | 5 | SUMMONS Returned Executed City of Worcester served on 1/31/2005, answer due 2/22/2005. (Jones, Sherry) (Entered: 02/16/2005) |
| 02/16/2005 | 6 | SUMMONS Returned Executed David M. Moore served on 1/31/2005, answer due 2/22/2005. (Jones, Sherry) (Entered: 02/16/2005) |
| 02/16/2005 | 7 | SUMMONS Returned Executed Robert J. Hennigan, Jr served on 1/31/2005, answer due 2/22/2005. (Jones, Sherry) (Entered: 02/16/2005) |
| 02/18/2005 | 8 | ANSWER to Complaint by City of Worcester, Stephen R. Willard, Donald H. Anderson, Carlene Bull, David M. Moore. c/s.(Jones, Sherry) (Entered: 02/18/2005) |
| 03/08/2005 | 9 | Letter regarding answer due date for defendant Robert J. Hennigan, Jr. from Robert J. Murphy. (Jones, Sherry) (Entered: 03/08/2005) |
| 03/24/2005 | 10 | ASSENTED TO MOTION for Extension of Time to March 25, 2005 to File Answer re 1 Complaint, by Robert J. Hennigan, Jr.(Jones, Sherry) (Entered: 03/25/2005) |
| 03/24/2005 | 11 | NOTICE of Appearance by Robert J. Murphy on behalf of Robert J. Hennigan, Jr., c/s. (Jones, Sherry) (Entered: 03/25/2005) |
| 03/25/2005 | | Judge F. Dennis Saylor IV: Electronic ORDER entered granting 10 Motion for Extension of Time to Answer Robert J. Hennigan, Jr answer due 3/25/2005. (Castles, Martin) (Entered: 03/25/2005) |
| 03/25/2005 | 12 | MOTION to Dismiss or, in the alternative, for a more definite statement by Robert J. Hennigan, Jr., c/s.(Hassett, Kathy) (Entered: 03/28/2005) |

| | | |
|---|---|---|
| 03/25/2005 | 13 | MEMORANDUM in Support re 12 MOTION to Dismiss filed by Robert J. Hennigan, Jr., c/s. (Hassett, Kathy) (Entered: 03/28/2005) |
| 04/11/2005 | 14 | Opposition re 12 MOTION to Dismiss filed by Linda Jeneski, c/s. (Jones, Sherry) (Entered: 04/11/2005) |
| 10/26/2005 | 15 | NOTICE of Scheduling Conference: Scheduling Conference set for Monday 11/21/2005 at 10:00AM in Courtroom 2 before Judge F. Dennis Saylor IV. (Castles, Martin) (Entered: 10/26/2005) |
| 11/17/2005 | 16 | CERTIFICATION pursuant to Local Rule 16.1 by City of Worcester.(Hassett, Kathy) (Entered: 11/17/2005) |
| 11/17/2005 | 17 | CERTIFICATION pursuant to Local Rule 16.1 by Stephen R. Willard.(Hassett, Kathy) (Entered: 11/17/2005) |
| 11/17/2005 | 18 | CERTIFICATION pursuant to Local Rule 16.1 by Carlene Bull.(Hassett, Kathy) (Entered: 11/17/2005) |
| 11/17/2005 | 19 | CERTIFICATION pursuant to Local Rule 16.1 by Donald H. Anderson.(Hassett, Kathy) (Entered: 11/17/2005) |
| 11/17/2005 | 20 | CERTIFICATION pursuant to Local Rule 16.1 by David M. Moore.(Hassett, Kathy) (Entered: 11/17/2005) |
| 11/17/2005 | 21 | CERTIFICATION PURSUANT TO *Rule 16.1(D)(3)Certificate* by Daniel J. Shea on behalf of Linda Jeneski. (Shea, Daniel) Modified on 11/18/2005 (Jones, Sherry). (Entered: 11/17/2005) |
| 11/17/2005 | 22 | JOINT STATEMENT re scheduling conference. (McGuiggan, Janet) (Entered: 11/17/2005) |
| 11/21/2005 | | ElectronicClerk's Notes for proceedings held before Judge F. Dennis Saylor IV: Scheduling Conference held on 11/21/2005. Case called, Counsel appear for scheduling conference, (Atty Shea by phone), Court denies motion to dismiss from the bench for the reasons states in open court, Schedule for discovery discussed, Scheduling order to issue, (Court Reporter M. Kusa-Ryll.) (Castles, Martin) (Entered: 11/21/2005) |
| 11/21/2005 | | Judge F. Dennis Saylor IV: Electronic ORDER entered denying 12 Motion to Dismiss without prejudice for the reasons stated in open court this date. (Castles, Martin) (Entered: 11/21/2005) |
| 11/21/2005 | 23 | CERTIFICATION pursuant to Local Rule 16.1 by Robert J. Hennigan, Jr.(Hassett, Kathy) (Entered: 11/22/2005) |
| 11/22/2005 | 24 | Judge F. Dennis Saylor IV: ORDER entered. SCHEDULING ORDER: Status Conference set for 7/10/2006 at 3:00PM in Courtroom 2 before Judge F. Dennis Saylor IV. Amended Pleadings due by 12/21/2005. Discovery to be completed by 6/30/2006. Joinder of Parties due by 12/21/2005. Class Certification Motions due by 7/31/2006.(Castles, Martin) (Entered: 11/22/2005) |

| | | |
|---|---|---|
| 11/22/2005 | | NOTICE OF Hearing: Early Neutral Evaluation/Mediation status conference set for 1/24/2006 at 3:15PM in Courtroom 2 before Judge F. Dennis Saylor IV. (Castles, Martin) (Entered: 11/22/2005) |
| 11/28/2005 | 25 | MOTION for Leave to File *First Amended Complaint With Rule 19 Additional Party* by Linda Jeneski.(Shea, Daniel) Additional attachment(s) added on 11/29/2005 (Jones, Sherry). (Entered: 11/28/2005) |
| 11/28/2005 | | NOTICE OF MOTION HEARING: Set hearing ON MOTION FOR CLASS CERTIFICATION. Motion Hearing set for 9/19/2006 at 3:00PM in Courtroom 2 before Judge F. Dennis Saylor IV. (Castles, Martin) (Entered: 11/28/2005) |
| 11/28/2005 | | AMENDED COMPLAINT *FIRST, WITH RULE 19 ADDITIONAL PARTY* against all defendants, filed by Linda Jeneski. (Attachments: # (1) Exhibit "A" Executive Order #8, 11/13/1972# (2) Exhibit "B" CMOET Welfare Acct Reconciliation)(Shea, Daniel) (Entered: 11/28/2005) |
| 11/28/2005 | | CERTIFICATE OF SERVICE by Linda Jeneski re 25 MOTION for Leave to File *First Amended Complaint With Rule 19 Additional Party*, [26] Amended Complaint, *Courtesy Service upon proposed Defendant; Service on Mr. Murphy*. (Shea, Daniel) (Entered: 11/28/2005) |
| 11/28/2005 | 28 | Judge F. Dennis Saylor IV: ORDER entered. AMENDED SCHEDULING ORDER:(Castles, Martin) (Entered: 11/29/2005) |
| 11/29/2005 | | Notice of correction to docket made by Court staff. Correction: Document #26 & 27 deleted from the docket as they should have been attachments to the motion for leave to file. The document is deleted but the entry stays on the docket. (Jones, Sherry) (Entered: 11/29/2005) |
| 12/13/2005 | 29 | Document disclosure by Linda Jeneski.(Shea, Daniel) (Entered: 12/13/2005) |
| 01/11/2006 | 30 | MOTION to Dismiss *Plaintiff's First Amended Complaint* by Robert J. Hennigan, Jr.(Hillygus, Joel) (Entered: 01/11/2006) |
| 01/11/2006 | 31 | MOTION to Disqualify Counsel *of Plaintiff* by Robert J. Hennigan, Jr.(Hillygus, Joel) (Entered: 01/11/2006) |
| 01/17/2006 | 32 | Opposition re 30 MOTION to Dismiss *Plaintiff's First Amended Complaint* filed by Linda Jeneski. (Shea, Daniel) (Entered: 01/17/2006) |
| 01/17/2006 | 33 | Opposition re 31 MOTION to Disqualify Counsel *of Plaintiff* filed by Linda Jeneski. (Attachments: # 1 Exhibit Letter dated 01/03/2006)(Shea, Daniel) (Entered: 01/17/2006) |
| 01/24/2006 | | ElectronicClerk's Notes for proceedings held before Judge F. Dennis Saylor IV: Status Conference held on 1/24/2006. Case called, Counsel appear for status conference, Court grants motion to amend, City to file motion to dismiss by 2/14/06, Opposition due 3/2/06, Court hears arguments on pending motions to dismiss and disqualify plaintiff's counsel, Court takes motions under advisement, Court sets further status |

| | | |
|---|---|---|
| | | conference, Status Conference set for Thursday 4/6/2006 at 3:30PM in Courtroom 2 before Judge F. Dennis Saylor IV. (Court Reporter M. Kusa-Ryll.) (Castles, Martin) (Entered: 01/24/2006) |
| 01/24/2006 | | Judge F. Dennis Saylor IV: Electronic ORDER entered granting 25 Motion for Leave to File amended complaint. (Castles, Martin) (Entered: 01/25/2006) |
| 01/25/2006 | 34 | AMENDED COMPLAINT *With Rule 19 Additional Party* against all defendants, filed by Linda Jeneski. (Attachments: # 1 Exhibit Exh. "A" Executive Order# 2 Exhibit Exh. "B" Accounting Sheet)(Shea, Daniel) (Entered: 01/25/2006) |
| 01/26/2006 | | Summons Issued and sent to plaintiff's counsel as to Massachusetts Administrator of Human Resources. (Jones, Sherry) (Entered: 01/26/2006) |
| 01/26/2006 | 35 | First SUR-REPLY to Motion re 30 MOTION to Dismiss *Plaintiff's First Amended Complaint*, 31 MOTION to Disqualify Counsel *of Plaintiff (Sur-Reply to Oral Argument of 01/24/2006)* filed by Linda Jeneski. (Shea, Daniel) (Entered: 01/26/2006) |
| 02/01/2006 | 36 | SUMMONS Returned Executed Massachusetts Administrator of Human Resources served on 1/27/2006, answer due 2/16/2006. (Hassett, Kathy) (Entered: 02/01/2006) |
| 02/14/2006 | 37 | DOCUMENT DELETED, FILED IN ERROR. MOTION to Dismiss by City of Worcester, Stephen R. Willard, Donald H. Anderson, Carlene Bull, David M. Moore.(McGuiggan, Janet) Additional attachment(s) added on 2/15/2006 (Jones, Sherry). Modified on 2/15/2006 (Jones, Sherry). (Entered: 02/14/2006) |
| 02/14/2006 | 38 | MOTION for Leave to File *Document in Excess of 20 Pages* by City of Worcester, Stephen R. Willard, Donald H. Anderson, Carlene Bull, David M. Moore.(McGuiggan, Janet) (Entered: 02/14/2006) |
| 02/14/2006 | 39 | MOTION to Dismiss by City of Worcester, Stephen R. Willard, Donald H. Anderson, Carlene Bull, David M. Moore.(McGuiggan, Janet) (Entered: 02/14/2006) |
| 02/14/2006 | 40 | MEMORANDUM in Support re 39 MOTION to Dismiss filed by City of Worcester, Stephen R. Willard, Donald H. Anderson, Carlene Bull, David M. Moore. (McGuiggan, Janet) (Entered: 02/14/2006) |
| 02/15/2006 | | Motions terminated: 37 FILED IN ERROR. MOTION to Dismiss filed by City of Worcester,, Stephen R. Willard,, Donald H. Anderson,, Carlene Bull,, David M. Moore,. (Jones, Sherry) (Entered: 02/15/2006) |
| 02/15/2006 | | Notice of correction to docket made by Court staff. Correction: #37 DELETED, FILED IN ERROR. (Jones, Sherry) (Entered: 02/15/2006) |
| 02/15/2006 | | Judge F. Dennis Saylor IV: Electronic ORDER entered granting 38 Motion for Leave to File. (cc/cl) (Jones, Sherry) (Entered: 02/15/2006) |

| 02/15/2006 | 41 | Joint MOTION for Extension of Time to March 22, 2006 to File Answer re 36 Summons Returned Executed *January 27, 2006* by Linda Jeneski.(Shea, Daniel) (Entered: 02/15/2006) |
|---|---|---|
| 02/16/2006 |  | Judge F. Dennis Saylor IV: Electronic ORDER entered granting 41 Motion for Extension of Time to Answer. Massachusetts Administrator of Human Resources answer due 3/22/2006. (Castles, Martin) (Entered: 02/16/2006) |
| 02/27/2006 | 42 | Opposition re 39 MOTION to Dismiss *(With Supporting Authority)* filed by Linda Jeneski. (Attachments: # 1 Affidavit of Plaintiff Linda Jeneski)(Shea, Daniel) (Entered: 02/27/2006) |
| 03/02/2006 | 43 | NOTICE of Appearance by Elliot C. Fertik on behalf of Massachusetts Administrator of Human Resources (Fertik, Elliot) (Entered: 03/02/2006) |
| 03/21/2006 | 44 | MOTION to Dismiss by Massachusetts Administrator of Human Resources. (Attachments: # (1) Memorandum of Law in Support of Motion to Dismiss# 2 Certificate of Service)(Fertik, Elliot) (Entered: 03/21/2006) |
| 03/22/2006 | 45 | MEMORANDUM in Support re 44 MOTION to Dismiss filed by Massachusetts Administrator of Human Resources. (Fertik, Elliot) (Entered: 03/22/2006) |
| 03/25/2006 | 46 | MEMORANDUM in Opposition re 44 MOTION to Dismiss *by Administrator, First Am. Cplt.,* filed by Linda Jeneski. (Shea, Daniel) (Entered: 03/25/2006) |
| 04/04/2006 | 47 | MOTION for Leave to File *Second Amended Complaint* by Linda Jeneski. (Attachments: # 1 Appendix Proposed 2AmCplt# 2 Appendix Proposed 2AmCPltExh"A"# 3 Appendix Proposed 2AmCpltExh"B"# 4 Appendix Proposed 2AMCpltExh"C"# 5)(Shea, Daniel) (Entered: 04/04/2006) |
| 04/06/2006 |  | ElectronicClerk's Notes for proceedings held before Judge F. Dennis Saylor IV: Status Conference held on 4/6/2006. Case called, Counsel appear for status conference, Court hears arguments of counsel on pending motions to dismiss, Court grants motions to dismiss as to counts 1 & 2. Reasons stated on the record, Court declines to keep remaining state claims and dismisses counts 3-6, Case dismissed. (Court Reporter M. Kusa-Ryll.) (Castles, Martin) Modified on 4/10/2006 (Jones, Sherry). (Entered: 04/07/2006) |
| 04/06/2006 |  | Judge F. Dennis Saylor IV: Electronic ORDER entered in open court for the reasons statedgranting 30 Motion to Dismiss, finding as moot 31 Motion to Disqualify Counsel., granting 39 Motion to Dismiss, granting 44 Motion to Dismiss, finding as moot 47 Motion for Leave to File (Castles, Martin) (Entered: 04/07/2006) |
| 04/07/2006 | 48 | MOTION to Alter Judgment *of Rule 12(b)(6) dismissal* by Linda Jeneski.(Shea, Daniel) (Entered: 04/07/2006) |

| | | |
|---|---|---|
| 04/07/2006 | ●49 | Judge F. Dennis Saylor IV: ORDER entered. ORDER DISMISSING CASE.(Castles, Martin) (Entered: 04/07/2006) |
| 04/14/2006 | ●50 | Opposition re 48 MOTION to Alter Judgment *of Rule 12(b)(6) dismissal* filed by City of Worcester, Stephen R. Willard, Donald H. Anderson, Carlene Bull, David M. Moore. (McGuiggan, Janet) (Entered: 04/14/2006) |
| 04/15/2006 | ●51 | REPLY to Response to Motion re 48 MOTION to Alter Judgment *of Rule 12(b)(6) dismissal* filed by Linda Jeneski. (Shea, Daniel) (Entered: 04/15/2006) |
| 04/28/2006 | ●52 | Opposition re 48 MOTION to Alter Judgment *of Rule 12(b)(6) dismissal* filed by Massachusetts Administrator of Human Resources. (Fertik, Elliot) (Entered: 04/28/2006) |
| 05/12/2006 | ●53 | TRANSCRIPT of Status Conference Proceedings held on April 6, 2006 before Judge F. Dennis Saylor. Court Reporter: Marianne Kusa-Ryll. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter or the Clerk's Office. (Hassett, Kathy) (Entered: 05/12/2006) |
| 05/12/2006 | ● | Judge F. Dennis Saylor IV: Electronic ORDER entered denying 48 Motion to Alter Judgment. (Castles, Martin) (Entered: 05/12/2006) |
| 05/24/2006 | ●54 | NOTICE OF APPEAL as to 49 Order Dismissing Case by Linda Jeneski. $ 455 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 6/13/2006. (Shea, Daniel) (Entered: 05/24/2006) |
| 05/24/2006 | ● | Filing fee: $ 455.00, receipt number 404805 for 54 Notice of Appeal, (Hassett, Kathy) (Entered: 05/24/2006) |