# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

FILED IN CLERK'S OFFICE

2006 JUN -5 P 12 28

DISTRICT COURT

USDC Docket Number: 05-40019

Linda Jeneski

v.

City of Worcester, et al.

## CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-28 and 28-54

and contained in Volume(s) 1 are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 5/24/06.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on 5/24/06.

Sarah A. Thornton, Clerk of Court

By:
Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: 6-2-06

SC

Deputy Clerk, US Court of Appeals

**Please return to:** US District Court, 595 Main Street, Worcester, MA 01608

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: 06-1874

O:\Forms\Local\ClerksCertificate-COA.frm- 3/06