# United States Court of Appeals
## For the First Circuit



05-40019
massachusetts (w)
F.D Saylor

No. 06-1874

# MANDATE

LINDA JENESKI,

Plaintiff, Appellant,

v.

CITY OF WORCESTER; STEPHEN R. WILLAND;
DONALD H. ANDERSON; CARLENE BULL;
ROBERT J. HENNIGAN, JR.; DAVID M. MOORE;
RUTH N. BRAMSON, Massachusetts Administrator of Human Resources,

Defendants, Appellees.

---

**JUDGMENT**

Entered: January 30, 2007

This cause came on to be submitted on the briefs and original record on appeal from the United States District Court for the District of Massachusetts.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 2-20-07

By the Court:

Richard Cushing Donovan, Clerk

[cc: Mr. Shea, Ms. McGuiggan, Mr. Murphy, Mr. Hillygus, & Ms. Shin.]